**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6225**

———————

HAROLD SMITH,

Plaintiff - Appellant,

versus

EDWARD F. REILLY, JR.; SANDRA HILTON; JEFFREY
S. KOSTBAR; CHARLES LYONS; ALBERTO R.
GONZALES; HARLEY G. LAPPIN; RICHARD HOLT; JOHN
J. LAMANNA,

Defendants - Appellees.

———————

**No. 06-6315**

———————

HAROLD SMITH,

Plaintiff - Appellant,

versus

EDWARD F. REILLY, JR.; SANDRA HILTON; JEFFREY
S. KOSTBAR; CHARLES LYONS; ALBERTO R.
GONZALES; HARLEY G. LAPPIN; RICHARD HOLT; JOHN
J. LAMANNA,

Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Greenville.  Henry F. Floyd, District Judge. (6:05-cv-03426-HFF)

Submitted:  October 31, 2006          Decided:  November 3, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harold Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Smith, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition and denying Smith's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Reilly, No. 6:05-cv-03426-HFF (D.S.C. Jan. 9, 2006 & Feb. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED